# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Valerio Castro Ricardo,<br><br>             Plaintiff,<br><br>      v.<br><br>ICE Field Office Director,<br><br>             Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:26-cv-01195-SAB |

☐      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒      **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Petitioner's Motion for Enforcement, ECF No. 8, is GRANTED. Respondents shall not re-detain Petitioner without providing pre detention notice and affording Petitioner a hearing unless detention becomes statutorily mandated. At any re-detention hearing, Respondents shall bear the burden to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community.
.

Dated 6th day of July, 2026.

Joshua C. Lewis
Clerk

*s/Alejandro Pasaye Hernandez*
Deputy Clerk